IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, | § § § | |
| Plaintiff, | § § | |
| V. | § § | A-08-CA-697  RP |
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the Court is the above styled cause of action.  By order dated September 16, 2009, the Court granted Summary Judgment as to Plaintiffs' claim for a declaratory judgment that Defendant Acceptance Indemnity Insurance Company owed a duty to defend under its insurance policies.  On October 19, 2009, this action came before the Court for a trial by jury to determine certain factual issues related to Plaintiffs' claim for a declaratory judgment that Defendant Acceptance Indemnity Insurance Company owed a duty to indemnify under its insurance policies. On October 21, 2009, upon completion of its deliberations, the jury rendered its verdict.  On November 5, 2009 Defendant Acceptance Indemnity Insurance Company filed a Motion for Entry of Judgment and Motion For Entry of Judgment Notwithstanding the Verdict, which this Court denied by separate order.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that this Court hereby ACCEPTS the jury's verdict and that FINAL JUDGMENT is herein entered in favor of Plaintiff Maryland Casualty in the amount of $11,877.75 as stipulated costs of Acceptance's duty to defend and in the amount of $442,500 as the cost of Acceptance's duty to indemnify, plus interest and costs of court.  .

**IT IS FURTHER ORDERED** that any further relief not expressly granted is **DENIED**.

**IT IS FURTHER ORDERED** that any pending motions in this action are **DISMISSED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 16th day of December, 2009.

_____
ROBERT PITMAN
UNITED STATES MAGISTRATE JUDGE
Presiding under 28 U.S.C. § 636(c)